# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Raymond Medina

                V.                    **JUDGMENT IN A CIVIL CASE**

R. Hernandez; J. Walker

                                  CASE NUMBER:    09cv1861-MMA(POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation in its entirety. The Court dismisses the First Amended Petition for failure to state a claim upon which relief may be granted.

| May 18, 2010 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |

                                  s/ L. Hammer
                                  (By) Deputy Clerk

                                  ENTERED ON May 18, 2010